Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California Street, Suite 450
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile:  (415) 500-6803

Vincent J. Esades
Renae D. Steiner
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN  55403
Telephone:  (12) 338-4605
Facsimile:  (612) 338-4692

Christian Sande
CHRISTIAN SANDE LLC
310 Clifton Avenue, Suite 300
Minneapolis, MN  55403
Telephone:  (612) 387-1430
Facsimile:  (612) 677-3078

*Attorneys for Individual and Representative*
*Plaintiff Michael Williamson and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Williamson,<br><br>          Plaintiff,<br><br>   v.<br><br>ORBITZ WORLDWIDE, INC., *et al.*,<br><br>          Defendants. | Civil Case 3:12-cv-5709 MEJ<br><br>CLASS ACTION<br><br>**STIPULATION** |

WHEREAS, Plaintiffs filed the Complaint in this litigation on November 6, 2012; and

WHEREAS, Plaintiffs and Defendants wish to preserve the parties' and the Court's

resources and efficiently manage the litigation so as not to cause prejudice;

NOW THEREFORE, the parties agree as follows:

1.     All of the Defendants agree to waive service of the Complaint; and

2.      Defendants shall maintain and preserve all defenses or objections to the

Complaint.

DATED:  December 06, 2012

FOR PLAINTIFFS:

By:____/s/ Joseph R. Saveri_____
Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California Street, Suite 450
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile:  (415) 500-6803
jsaveri@saverilawfirm.com
lleebove@saverilawfirm.com
jdallal@saverilawfirm.com

Vincent J. Esades
Renae D. Steiner
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN  55403
Telephone:  (12) 338-4605
Facsimile:  (612) 338-4692
vesades@heinsmills.com
rsteiner@heinsmills.com

Christian Sande
CHRISTIAN SANDE LLC
310 Clifton Avenue, Suite 300
Minneapolis, MN  55403
Telephone:  (612) 387-1430
Facsimile:  (612) 677-3078

FOR DEFENDANTS:

By:      /s/ Christopher S. Yates_____
        Christopher S. Yates (SBN 161273)
        Daniel M. Wall
        Brendan A. McShane
        Jason L. Daniels
        LATHAM & WATKINS LLP
        505 Montgomery Street, Suite 2000
        San Francisco, CA  94111
        Telephone:  (415) 391-0600
        Facsimile:  (415) 395-8095
        chris.yates@lw.com
        dan.wall@lw.com
        brendan.mcshane@lw.com
        jason.daniels@lw.com

        Attorneys for Defendant
        Orbitz Worldwide, Inc.

By:____/s/ Emily Johnson Henn_____
        Emily Johnson Henn (SBN 269482)
        COVINGTON & BURLING LLP
        333 Twin Dolphin Dr., Suite 700
        Redwood Shores, CA  94065
        Telephone:  (650) 632-4700
        Facsimile:  (650) 632-4800
        ehenn@cov.com

        Attorneys for Defendants
        Expedia, Inc. and Hotels.com LP

By:____/s/ George S. Cary_____
        George S. Cary (SBN 73858)
        Steven J. Kaiser
        CLEARY GOTTLIEB STEEN &
        HAMILTON LLP
        2000 Pennsylvania Avenue, NW
        Washington, D.C.  20006
        Telephone:  (202) 974-1554
        Facsimile:  (202) 974-1999
        gcary@cgsh.com
        skaiser@cgsh.com

        Attorneys for Defendants
        Travelocity.com LP and Sabre Holdings
        Corporation

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:   ___/s/ Kevin J. Arquit_____
Kevin J. Arquit
SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, NY  10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502
karquit@stblaw.com

Attorneys for Defendants
Priceline.com Incorporated,
Booking.com (USA), Inc., and
Booking.com B.V.

By:   ____/s/ Francis J. Burke, Jr._____
Francis J. Burke, Jr. (SBN 75970)
SEYFARTH SHAW LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:  (310) 201-5214
Facsimile:  (310) 282-6993
fburke@seyfarth.com

Attorneys for Defendant
Trump International Hotels
Management, LLC

By:   ___/s/ Marie L. Fiala_____
Marie L. Fiala (SBN 79676)
Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
mfiala@sidley.com
rsandrock@sidley.com

Attorneys for Defendant
Kimpton Hotel & Restaurant Group, LLC
By:   ____/s/ Timothy T. Scott_____
Timothy T. Scott (SBN 126971)
Leo Spooner III (SBN 241541)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065
Telephone:  (650) 590-0700
Facsimile:  (650) 590-1900
tscott@kslaw.com
lspooner@kslaw.com

-3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jeffrey S. Cashdan
Christine A. Hopkinson
Sarah E. Statz
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
jcashdan@kslaw.com
chopkinson@kslaw.com
sstatz@kslaw.com

Attorneys for Defendant
InterContinental Hotels Group Resources,
Inc.

By:    /s/ Steven A. Newborn
Steven A. Newborn
Carrie M. Anderson
Daniel E. Antalics (SBN 276488)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
steven.newborn@weil.com

Of Counsel:
James C. Egan, Jr.

Attorneys for Defendant
Hilton Worldwide, Inc.

By:    /s/ Christopher J. Kelly
Christopher J. Kelly (SBN 276312)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2061
cjkelly@mayerbrown.com

Robert E. Bloch
Richard Ben-Veniste
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 263-3203
Facsimile:  (202) 263-5203
rbloch@mayerbrown.com
rben-veniste@mayerbrown.com

-4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for Defendant
Starwood Hotels & Resorts Worldwide,
Inc.


By:    /s/ Jeffrey Kilduff
Jeffrey Kilduff
Ian Simmons
Katrina M. Robson (SBN 229835)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.  20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Jkilduff@omm.com
isimmons@omm.com
krobson@omm.com

Attorneys for Defendant
Marriott International, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____            _____
                                         THE HONORABLE MARIA-ELENA JAMES
                                         United States Magistrate Judge

STIPULATION
CASE NO. 3:12-CV-5709 MEJ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

　　　　　　　　　　　　　　　　　　　/s/ James G. Dallal
　　　　　　　　　　　　　　　　　　　James G. Dallal